UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES LUNDY,

    Plaintiff,

vs.

Case No. 12-cv-10965
HON. GERSHWIN A. DRAIN

CITY OF PONTIAC, *et al.*,

    Defendants.
_____/

### ORDER DENYING DEFENDANTS' MOTION REQUIRING JOSE SANTIAGO TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILING TO COMPLY WITH A DEPOSITION SUBPOENA SERVED ON HIM JUNE 10, 2013 [#53]

Presently before the Court is Defendants' Motion Requiring Jose Santiago ("Santiago") to Show Cause Why He Should Not be Held in Contempt of Court for Failing to Comply With a Deposition Subpoena Served on Him June 10, 2013. Defendants bring this motion in conjunction with their motion requesting the Court order Donald Jerome Freeman ("Freeman") to show cause, which this Court granted in part. *See* Dkt. #38. Unlike Defendants' motion relative to Freeman, upon review of the present motion and supporting brief, the Court finds that the Defendants have not fulfilled their burden for requiring Santiago to show cause why he should not be held in contempt for failing to comply iwth deposition subpoena.

Accordingly, IT IS ORDERED that the Defendants' Motion Requiring Jose Santiago to Show Cause is DENIED [#53].

SO ORDERED.

-1-

Dated: October 2, 2013 /s/Gershwi A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
October 2, 2013, by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk